**CLOSED**

CUMMINGS & FRANCK, P.C.
1025 WEST 190TH STREET, STE 200
GARDENA, CA 90248

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| BIRGIT HOWE,<br><br>Plaintiff,<br><br>vs.<br><br>THE AMERICAN NATIONAL RED CROSS; AMERICAN RED CROSS; CHERI CURTIS; JANE SCANLON and DOES, 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:25-cv-03422CAS-PVCx<br><br>ORDER GRANTING JOINT STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED, WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: November 3, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE